

United States District Court
Eastern District of California

| HARKAMAL SINGH |
| --- |

Plaintiff(s)

V.

| Scott Frauenheim, Warden, Central Valley Annex, Current or Acting Director of San Francisco Field Office, U.S. Immigration and Customs Enforcement; Markwayne Mullins, Secretary of the U.S. Department of Homeland Security; and Todd Blanche, Attorney General of the United States |
| --- |

Defendant(s)

Case Number: | 1:26-cv-05103 DAD SCR |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

HILLARY H. PELDNER hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

HARKAMAL SINGH

On 05/02/2008 (date), I was admitted to practice and presently in good standing in the SUPREME COURT OF TEXAS (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 7/2/2026        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: HILLARY H. PELDNER

Law Firm Name: LAW OFFICE OF HILLARY H. PELDNER, PLLC

Address: 4007 MCCULLOUGH AVE., NO. 474

City: SAN ANTONIO    State: TX    Zip: 78212

Phone Number w/Area Code: (210) 320-2130

City and State of Residence: SAN ANTONIO, TEXAS

Primary E-mail Address: HPELDNER@GMAIL.COM

Secondary E-mail Address: HILLARY@HPELDNERLAW.COM

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: MARIANA L. HANNA

Law Firm Name: LAW OFFICES OF MARIANA L. HANNA

Address: 402 WEST BROADWAY, SUITE 1730

City: SAN DIEGO    State: CA    Zip: 92101

Phone Number w/Area Code: (619) 234-3635    Bar # 230127

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE